UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LUNIQUE AGOSTINI, on behalf of herself and
all others similarly situated

                      Plaintiff,

-against-

DIAMOND SOURCE NYC, INC.,

                      Defendant.
------------------------------------------------------------X

24 Civ. 8654 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 24, 2025, adjourned the initial pretrial conference scheduled for January 29, 2025, to February 26, 2025, and directed Plaintiff to file proof of service of a copy of that Order on Defendant by January 30, 2025.

WHEREAS, no proof of service has been filed. It is hereby

**ORDERED** that, by **February 7, 2025**, Plaintiff shall file proof of service of copies of the January 24, 2025, Order and this Order on Defendant. Further failure to comply with the Court's orders may result in sanctions, including possible dismissal of the case for failure to prosecute.

Dated: February 3, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE